May Term,
1854.

LEWIS
v.
RICHEY.

------

LEWIS and Another *v.* RICHEY.

The amendment of a bill of foreclosure, by inserting the averment required by the R. S. 1843 as to whether any and what proceedings had been had at law, entitled the defendant to a continuance.

A bill to foreclose a mortgage given by way of indemnity, did not allege that the mortgagee had been compelled to pay any money, or had been otherwise damnified. *Held*, that the bill exhibited no ground for relief.

*Tuesday,*
*May 30.*

APPEAL from the *Boone* Circuit Court.

*Per Curiam.*—Bill to foreclose a mortgage. Demurrer to the bill because it did not contain an averment as to whether proceedings had, or not, been had at law. Amendment by the insertion of the averment. Motion for a continuance on account thereof overruled, and decree for the complainant.

The continuance should have been granted. *Edwards* v. *Hough, ante*, p. 149.

The mortgage was one of indemnity, and the bill did not aver that the mortgagee had been compelled to pay any money, or had been in any way damnified. It therefore showed no ground for relief upon the mortgage.

The decree is reversed with costs. Cause remanded, &c.

*L. C. Dougherty*, for the appellants.

*H.* and *I. Brown*, for the appellee.